**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6524

AUDREL JACK WATSON, JR.,

　　　　　　　　Plaintiff - Appellant,

　　　v.

HAROLD CLARKE, Director Virginia Dept. of Corrections;
WARDEN WRIGHT, Warden-Lawrenceville Corrections Center; MS.
GOODE, Medical Administrator; MS. HIGHTOWER, Director of
Nursing; G. BOWLES, Dr., Dentist; MS. MORELLE, Dental
Assistant; UNKNOWN NURSE #1; UNKNOWN NURSE #2,

　　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:14-cv-01315-GBL-MSN)

Submitted:  October 31, 2016　　　　Decided:  November 21, 2016

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Audrel Jack Watson, Jr., Appellant Pro Se.  Michael Gordon
Matheson, THOMPSON MCMULLAN PC, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Audrel Jack Watson, Jr., appeals the district court's orders dismissing several Defendants under 28 U.S.C. § 1915A(b) (2012), denying reconsideration, and granting Defendant Bowles' motion for summary judgment in Watson's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Watson v. Clarke, No. 1:14-cv-01315-GBL-MSN (E.D. Va. filed June 2, 2015, & entered June 3, 2015; July 1, 2015; Mar. 24, 2016). We deny Watson's motion for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED